

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Susan M. Freeman, State Bar No. 004199
Direct Dial: (602) 262-5756
Direct Fax: (602) 734-3824
E-mail: SFreeman@LRLaw.com

Scott K. Brown, State Bar No. 020390
Direct Dial: (602) 262-5321
Direct Fax: (602) 734-3866
E-mail: SBrown@LRLaw.com

*Attorneys for Concentric Energy Corp.*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>CONCENTRIC ENERGY CORP.,<br><br>               Debtor. | Chapter: 7<br><br>Case No. 2:10-bk-18796-SSC |
| CONCENTRIC ENERGY CORP.,<br><br>               Plaintiff,<br><br>vs.<br><br>JOHN P. O'SHEA; RICHARD LOUISE; AWM HOLDING, LLC; DAVID R. HOLBROOKE; and BLUE SKY SECURITIES LTD.,<br><br>               Defendants. | Contested Matter<br><br>**SUBJECT TO AND WITHOUT WAIVER OF ITS MOTION TO DISMISS, CONCENTRIC ENERGY CORP.'S ANSWER TO INVOLUNTARY PETITION AND COUNTERCLAIMS AGAINST THE PETITIONERS** |

Subject to and without waiver of its Motion to Dismiss,[1] Concentric Energy Corp. ("Concentric") hereby answers the Involuntary Petition filed by John P. O'Shea, Richard Louise, AWM Holding, LLC, David R. Holbrooke and Blue Sky Securities Ltd. (collectively, the "Petitioners") as follows:

. . .

. . .

---

[1] The Answer and Counterclaims are being filed simultaneously with a Motion to Dismiss to preserve Concentric's claim for damages against Petitioners for their bad faith filing.



## ANSWER

1. Concentric denies the allegations contained in paragraph 1 of the Involuntary Petition.

2. Concentric admits the allegation contained in paragraph 2 of the Involuntary Petition.

3. Due to a recent management change, Concentric does not yet have sufficient information or belief to admit or deny the allegations contained in paragraph 3 of the Involuntary Petition, and therefore denies same.

## AFFIRMATIVE DEFENSES

4. Concentric denies each and every other allegation not specifically admitted.

5. The Petitioners' lack standing to file the Involuntary Petition.

6. The Petitioners' claims are barred by the doctrines of laches, waiver and estoppel.

7. The Involuntary Petition fails to state a claim upon which relief can be granted.

8. All of the Petitioners' claims are based upon alleged defaults under a "15% Cumulative Convertible Debenture Due December 31, 2012" (the "Convertible Debenture"). Concentric disputes that it has defaulted under the Convertible Debenture and, therefore, the Petitioners' claims are in *bona fide* dispute. Further, the claims under the Convertible Debenture do not mature until December 31, 2012. Therefore, the Court should deny the Involuntary Petition pursuant to 11 U.S.C. § 303(b).

9. Upon information and belief, prior to the filing of the Involuntary Petition, Concentric was generally paying its debts as they became due. Therefore, the Court should deny the Involuntary Petition under 11 U.S.C. § 303(h).

WHEREFORE, having fully answered the Involuntary Petition, Concentric demands judgment as follows:

A. Dismissing the Involuntary Petition with prejudice;

B. Awarding Concentric its attorneys fees' and costs incurred herein; and



1  C. Such other and further relief as is deemed just and proper under the circumstances.

## COUNTERCLAIMS

For its Counterclaims, Concentric, alleges as follows:

1. Concentric incorporates herein each and every denial and assertion set forth in its Answer above.

2. The Petitioners filed the Involuntary Petition on June 16, 2010.

3. All of the Petitioners are holders of debentures under the Convertible Debenture. The debentures do not mature until December 31, 2012.

4. By letter dated May 25, 2010, Petitioner John P. O'Shea put Concentric on notice of certain alleged defaults under the Convertible Debenture and purported to accelerate his debenture.

5. By separate letters dated June 2, 2010, Petitioners AWM Holding, LLC, Richard Louise, David R. Holbrooke and Blue Sky Securities Ltd. put Concentric on notice of certain alleged defaults under the Convertible Debenture and purported to accelerate their debentures.

6. The claims of the Petitioners are in *bona fide* dispute. Concentric has not defaulted under the Convertible Debenture. In the alternative, there is an objective basis for either a factual or legal dispute as to the alleged defaults under the Convertible Debenture and the validity of the Petitioners' alleged claims.

7. Because there was no default under the Convertible Debenture, the Petitioners improperly purported to accelerate their debentures under the Convertible Debenture.

8. The Petitioners knew or should have known there is a *bona fide* dispute as to their claims.

9. The Petitioners filed the Involuntary Petition in bad faith.

10. As a result of the commencement of this case and the bad faith of the Petitioners, Concentric has suffered damages in an amount to be proven at trial, including



attorneys' fees and costs, proximately caused by the filing of the Involuntary Petition, and is further entitled to an award of punitive damages.

WHEREFORE, Concentric demands judgment on its Counterclaims as follows:

A. Granting the Counterclaims in their entirety;

B. Awarding damages in an amount to be proven at trial, including attorneys' fees and costs, direct and consequential damages, and punitive damages.

C. Awarding such other and further relief as is deemed just and proper under the circumstances.

DATED this 12th day of July, 2010.

LEWIS AND ROCA LLP

By /s/ Scott K. Brown (#020390)
Susan M. Freeman
Scott K. Brown
*Attorneys for Concentric Energy Corp.*

COPY of the foregoing e-mailed
this 12th day of July, 2010 to:

Jonathan B. Frutkin
The Frutkin Law Firm, PLC
40 North Central Avenue, Suite 1400
Phoenix, AZ 85004
jfrutkin@frutkinlaw.com
*Attorney for Petitioning Creditors
John P. O'Shea; Richard Louise; AWM
Holding, LLC; David R. Holbrooke;
and Blue Sky Securities Ltd.*

COPY of the foregoing mailed
this 12th day of July, 2010 to:

Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

/s/ Colleen J. Scruggs
Colleen J. Scruggs